LISA K. GARNER (SBN: 155554)
CANDICE S. NAM (SBN: 293875)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
-Email: lgarner@gordonrees.com
E-mail: cnam@gordonrees.com

Attorneys for Plaintiff
COLDWELL BANKER REAL ESTATE LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BHBW, INC., a California corporation doing business as COLDWELL BANKER CROSSROADS REAL ESTATE and CROSSROADS REAL ESTATE; and BEVERLY HOUSDEN, an individual,<br><br>Defendants. | CASE NO. 2:15-CV-00442-MCE-AC<br>*Assigned to the Hon. Morrison C. England, Jr.*<br><br>**ORDER** |

UPON CONSIDERATION OF Plaintiff Coldwell Banker Real Estate LLC (hereinafter referred to as "Plaintiff") and Defendants Beverly Housden individually and as the agent of BHBW, Inc., doing business as Coldwell Banker Crossroads Real Estate and Crossroads Real Estate (hereinafter collectively referred to as "Defendants")'s Stipulation of Parties for Entry of Judgment and Permanent Injunction,

It is hereby ORDERED that:

1. Plaintiff shall have Judgment against Defendants, jointly and severally, in the sum of One Hundred, Thirty-Nine Thousand, Six Hundred, Sixty-Eight Dollars and Five Cents ($139,668.05), at the interest rate of 10% per annum until paid.

///

2.      Defendants and their employees, agents, and all persons acting with them or on their behalf, are permanently restrained and enjoined from any and all use of the COLDWELL BANKER® Marks including, but not limited to, the proprietary mark "Coldwell Banker," all similar names and marks and any name or mark containing the designation "Coldwell Banker," or any other name, designation, or mark, or similar colors or lettering indicating or tending to indicate that Defendants, or any of them, is an authorized Coldwell Banker franchisee, including but not limited to any websites.

3.      Defendants and their employees, agents, and all persons acting with them or on their behalf, are permanently restrained and enjoined from all advertising as a Coldwell Banker franchisee.

4.      Defendants and their employees, agents, and all persons acting with them or on their behalf are permanently restrained and enjoined from using the Coldwell Banker® Marks system, including but not limited to, operating manuals, training manuals, sales manuals and aids, listing films and books, advertising and promotional materials, and all technology products, and all films, cassettes, and instruction manuals which are part of Coldwell Banker's programs, that were delivered to Defendants pursuant to the Franchise Agreement.

5.      Defendants and their employees, agents, and all persons acting with them or on their behalf are permanently restrained and enjoined from doing anything which would indicate that Defendants, or any of them, are or ever were an authorized Coldwell Banker franchisee. Nothing in this Judgment shall reduce or limit the remedies available to Coldwell Banker should the Permanent Injunction be violated in any manner.

6.      Plaintiff shall forbear execution of the judgment for sixty (60) days after the date of entry of judgment by this Court.

7.      Plaintiff to be entitled to file abstract(s) of judgment in the interim of the sixty (60) days prior to executing the judgment.

///
///
///

8.     This Court or its successor shall retain jurisdiction in this matter to enforce the Stipulation of Parties to Enter Judgment and Permanent Injunction.  Such a reservation of jurisdiction is maintained until the terms of the Stipulation of Parties to Enter Judgment and Permanent Injunction have been fully performed.

IT IS SO ORDERED.

**Dated:  March 30, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Gordon & Rees LLP**
**633 West Fifth Street, 52nd Floor**
**Los Angeles, CA 90071**

1103139/22753664v.1